IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BALBIR SINGH,

    Plaintiff,     No. CIV 2:11-cv-0401-GEB-JFM (PS)

  vs.

WELLS FARGO BANK N.A., d.b.a.
WELLS FARGO HOME MORTGAGE,
*et al.*,

    Defendants.     ORDER
_____/

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On May 27, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 27, 2011 are adopted in full;

2. Wells Fargo's February 23, 2011 motion to dismiss is partially granted;

3. Wells Fargo's February 23, 2011 motion for more definite statement is denied without prejudice to its renewal in state court; and

4. This matter is remanded to the San Joaquin County Superior Court for further proceedings.

Dated: July 9, 2011

GARLAND E. BURRELL, JR.
United States District Judge